## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| GEORGE W. TATE, JR. and JEANNIE L. TATE, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>EQUIFAX, INC.,<br><br>Defendant. | Case No. 3:17-cv-00555-GCM |

## ORDER STAYING THESE PROCEEDINGS

This Court has considered the Defendant's Unopposed Motion to Stay or, in the Alternative, for an Extension of Time to Respond to the Complaint. The Motion is GRANTED. All proceedings and deadlines in this case are stayed until the Judicial Panel on Multidistrict Litigation resolves the Motions for Consolidation and Transfer Under 28 U.S.C. § 1407 filed in *In re Equifax, Inc., Customer Data Security Breach Litigation*, MDL No. 2800 (J.P.M.L. Sept. 11, 2017).

SO ORDERED.

Signed: October 13, 2017

Graham C. Mullen
United States District Judge